# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CASE NO. 0:12-cv-03110-JNE-JJK

_____

| | |
|---|---|
| Caryn E. Cording, | Judge Joan N. Ericksen |
| Plaintiff, | Magistrate Judge Jeffrey J. Keyes |
| v. | |
| Windham Professionals, Inc., a foreign corporation, | |
| Defendant. | |

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
_____

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Date: January 29, 2013

 /s/ Michael J. Sheridan
Michael J. Sheridan, Esq. (#388936)
Atlas Law Firm, LLC
601 Carlson Parkway, Suite 1050
Minnetonka, MN 55305
Telephone: 763-568-7343
Fax: 763-400-4530
E-Mail: msheridan@atlasfirm.com
*Counsel for Plaintiff*