UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 12-3110 (JNE/JJK)

| | |
|---|---|
| Caryn E. Cording,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Windham Professionals, Inc., a foreign corporation,<br><br>　　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed by the plaintiff on January 29, 2013, [Doc. No. 4],

IT IS HEREBY ORDERED that this action is dismissed with prejudice, without costs, disbursements, or attorneys' fees to any party.

Dated:  January 29, 2013　　　　　　s/Joan N. Ericksen
　　　　　　　　　　　　　　　　　　JOAN N. ERICKSEN
　　　　　　　　　　　　　　　　　　United States District Judge